*Samuel Seabury, George Trosk, Floyd W. Tomkins, Jr.,* and *Leon Savage* for appellant.

*Louis Nizer* and *Walter S. Beck* for respondent.

Order affirmed, with costs; no opinion. [See 298 N. Y. 635.]

Concur: LOUGHRAN, Ch. J., CONWAY, DESMOND and FULD, JJ. LEWIS, THACHER and DYE, JJ., dissent on the ground that under the terms of the lease the landlord was entitled to terminate the leasehold.

In the Matter of HOWARD C. SCHOEN et al., Doing Business as NORTH SHORE DAY SCHOOL, Appellants, against HERBERT S. BOWNE et al., Constituting the Board of Zoning Appeals of the City of Glen Cove et al., Respondents.

Submitted June 11, 1948; decided July 16, 1948.

*Milton Pinkus* for appellants.

*Jacob J. Pincus* for respondents.

*Clarence F. Corner* and *Gilbert F. Regan* for North County Colony and others, *amici curiæ*, in support of respondents' position.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, THACHER, DYE and FULD, JJ. Taking no part: CONWAY, J.

RUTH LINDER, Appellant and Respondent, *v.* HYMAN LINDER, Respondent and Appellant.

Submitted May 18, 1948; decided July 16, 1948.

